# E-File Cover Sheet

Please attach this sheet with your packet to be E-Filed.

This sheet **WILL NOT** be E-Filed with your documents. Do not put any information on this sheet, other than what is requested below.

Inmate Name: Wicker, Shannon Inmate Number: 303518

Housing Unit: B Cell #: 104

**Check One:**

Front only: [ 12 ] Total Pages:

Front and Back: [ 13 ] Total Pages (front and back):

**Staff Only:**

**Completed By:** CC Sidani **Date:** 10-3-24

SCANNED at and Emailed 10-4-24 by RS, 13 pages
date initials No.

UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHANNON WICKER,<br>Plaintiff,<br><br>V.<br><br>CAPTIAN PAPOOSHA (SRG Co-ordinator), CRAIG WASH-INGTON (D.A), C/o ZACK, LT DAWSON, WARDEN DOUGH-ERTY, WARDEN BRUNELLE<br>DEFENDANTS, | DOCKET NO.<br>DATE: |

A. COMPLAINT WITH JURY DEMAND

INTRODUCTION

This is a Civil Rights Action filed by SHANNON WICKER a state prisoner for damages and injuctive releif under 42 U.S.C §1983 alleging Due Process Violations, Cruel and unusuall Punishment, Deliberant indifferences, Confinement in segragation in violations of the fourteenth Amendment to the Constitution.

B. JURISDICTION

|. The courts has Jurisdiction over the Plaintiff claims of violation of Federal Constitutional Rights under 42 U.S.C §1331 (1) and § 1343.

2. The courts has supplemental Jurisdiction over the Plaintiff state law tort claims under 28U.S.C §1367.

## C. PARTIES

3. The Plaintiff SHANNON WICKER entered New Haven Correctional Center and was placed directly into segration then moved to Corrigan Correctional Center.

4. The Defendant(s) CRAIG WASHINGTON (District Aminstrator), Captain PAPOOSHA(SRG Coordinator), Correctional officer ZACK, LT DAWSON, WARDEN DOUGHERTY, WARDEN BRUNELLE, all employeed for the department of Corrections and played indiviual roles in the readmission of the said Plaintiff into the SRG program and is being sued in their indiviual Capacities.

5. All Defendants have acted and condtinued to act under color of state law at all times relevant to this complaint.

## FACTS

6. On June 20, 2024 upon entering New Haven Correctional Center the Plaintiff was seperated from all other detainees and hand cuffed while being escorted to and from medical before being housed in Restrictive Housing pending SRG.

7. On the 28th day of June 2024 the Plaintiff was transferred to Corrigan Correctional Center Gang Unit after being found Guilty of Gang activities during a hearing conducted on the 27th day of June 2024 by LT DAWSON.

8. SRG PROGRAM

The Plaintiff's claims related to his 2024 Readmission to the DOC's SRG Program. In an attempt to adress DOC's "Gang

C. PARTIES

##

problem"; the SRG PRogram segrates high-security-risk inmates who are found to be "Active" SRG members, placing them on "SRG status" and removing them from the general population. Defs.' Local Rule 56(a)(1) statement at ¶¶3,5,65("Defs.' L.R. stmt.") (Doc. No.60-1); Pl.'s Local Rule 56(a)(1) statement at ¶¶A3, A5, A65 ("Pl.'s L.R. stmt) (Doc. No. 60-1).1

If an inmate who is on active SRG status is discharged from DOC and then readmitted, DOC uses a process termed the "90-Day Review" to determine whether the readmitted inmate should continue on SRG status. Defs.' L.R. stmt. at ¶6; Pl.'s L.R. stmt. at ¶A6. In the 90-Day Review process, Doc's security Division reviews the inmate's SRG file shortlt after he is readmitted. Defs.' L.R. stmt. at ¶7; Pl.'s L.R. stmt. at ¶A7. The SRG file includes the inmate's disciplinary reports, incident reportrs, and SRG Status records. Id. If, after review, the security Division determines that the inmate should be considered for continued SRG status, they send the "Security Risk Group Member 90-Day Review" form to the intelligence unit, which notifies the inmate that they are considering him for continued placement on SRG status. Defs.' L.R. stmt. at ¶10; Pl.'s L.R. stmt at ¶A10. The Intelligence officer then meets with bthe inmate to notify him and provide him with the opportunity to oppose his continued placement on SRG status. Defs.' L.R. stmt. at ¶11-12; Pl.s L.R.

stmt. at ¶A11-A12. If the inmate objects to his SRG status, then the intelligence officer informs the Commissioner, who considers the inmate's reasons in relation to his SRG status. Defs.' L.R. stmt. at ¶12-14; Pl.'s L.R. stmt. at ¶A12-A14 ultimately, the Commissioner determines whether the inmate will be designated to the SRG Program, documenting his decision on the "Security Risk Group Member 90-Day Review" form. Defs.' L.R. stmt at ¶15; Pl.s L.R. stmt at ¶A15. This form which is provided to the inmate also offers instructions for apealing the decision. ID.

PROCEDURE AND STUBSTANTIVE DUE PROCESS

CONFINEMENT IN SEGREGATION

9. On the 20th Day of June 2024 the Plaintiff was escorted to Restrictive Housing By New Haven Correctional Officers and LT.'s for SRG Alligations.

10. Plaintiff was still a Pre-trial Detainee during placement into RHU where he was stripped and placed into segregation for the placement purpose of punishment, without proper notice to such investigation.

11. On the 27th Day of june 2024 a hearing was conducted where LT. DAWSON stated that the reason for the continuation of my SRG status was because my name was found on a list that they retrived off of someones phone.

12. This list did not hasve a picture of me but just a name that was spelled simular to my name and when I noticed the spelling I informed the LT that the name on that list was not me.

13. Also this list did not show actual gang activity nor was it found on meor in any of my property and it was oler than 6 months which is the critier of evidence use to find someone guilty for SRG placement.

14. LT DAWSON showed me pictures from my FaceBOOK which showed no Gang activity or hads any Gang slang and when asked how was he using the post off of my social media to affiliate me he said that the post wasn't being used to affiliate me they were being used to identify me so I asked hiam if thias is correct then how is he finding me guily when the spelling on my social m,edia and the spelling on the paper was two different spellings. the name on the list was spelled "BISHOP" my name is spelled "BISHUP" and he said the central office sent him down the information and found me guilty this showed that the decision was already made and I had no chance to plea my case violating my Due Process.

15. I was never given the "90-Day Review" nor was I placed in General Population and investigated properly. "Local Rule 56(a)(1) statement.

16. Being that Central office already made the decision to find me Guilty before the hearing this not only made my case a violation of Due Process but also the byass acts also showed discrimination.

17.SRG inmates are subjected to limited phone calls, limited Commissary, no visits unless from immedfiate family, no programming, no proper medical treatment, stragtegic lockdowns and shake downs, these acts show seperation and descrimination and is a form of punishment, we live in inhumane cells and living conditions,

they also have me segrated in a hostile environment.

HISTORY

18. On the 20th Day of December 2016 the palaintiff was being detaineed at Bridgeport Correctional Center where the Plaintiff was admitted into segration pending SRG investigation after a phone call to a known gang member of the BLOODS.AT that time the Plaintiff plead Guilty and was transported to Northern Correctional center to start the Phase 1 Program of the SRG. In or around the month of June 2017 the Plaintiff discharged From Corrigan Correctional Center after going through the [redacted]5Phase program ticket free but he was not able to finish the program due to his disc-charge date.

In 2018 the Plaintiff re-entered the Department of Corrections and was placed right back into the SRG Program to start the Program over without catching any tickets. Months into the program remainning ticket free the plaintiff completed each phase as directed. On the 1st day of December 2018, 2 weeks from completing the program the Plaintiff found his self in a hostile situation where he was forced to protect him self from being assaulted by[redacted][a]n active known gang member. After protecting him self the plaintiff found him s[redacted]elf housed in Restrictive housing then a week later placed back into the SRG population and forced to start phase 5 all over again. On the 1st day of Febuary 2019

thw plaintiff was dicharged from Corrigan Correctional center 3 weeks before he could finish the program.

On the 20[redacted]th day of June 2024 the plaintiff was admitted to New Haven Correctioal Center and upon arrival he was seperated from general population then escported to and from medical in hand cuffs pending SRG. On this day being housed in Restrictive housing the plaintiff's Procedure and Substantive Due Process was violated and till this day continues to be violate amongst other things.

## EXHAUSTION OF ADMISTRATIVE REMEDIES

[redacted]19The Plaintiff has exhausted his administrative remedies prior to filing this complaint.

## STATEMENT OF CLAIMS

20. Defendants CRAIG WASHINGTON (D.A), Captian PAPOOSH (SRG Co-ordinator), Correctional Officer Zack, LT DAWSON, Warden BRUNELLE and Warden DOUGHERTY violated the plaintiffs 14th Amendment, Due Process(Substantive and Procedure), Cruel and unusual punish-ment, Deliberant indifference to my safty, UnConstitutional living confinement, confined to segregation.

## PLAINTIFFS ADDED ARGUEMENT

[redacted]21. The plaintiff argues that he is not a high risk to the safty and security of the inmate population using the fact that he only has 2 D.R's in over ten years, one of the D.R.'s being for his anical SRG affiliation in 2016 and another after having to defend himself in 2018 after an afctive gang member tried to assault him. The lack of D.R's shows that the Plaintiff is not causing a diruption in the general population and holds little to no threat to the inmates and staff alike.

22.After discharging from the custody of the DOC the plaintiff was not suppose to be held accountable for things that happened throughout his prior sentence but was suppose to be given a chance

in general population to show if he held a risk to the safty of the population or not while being watchwed through the security division and intelligence. It had been over five years since the plaintiff had been in the custody of the DOC so through proper procedures he should of been placed on the blue card and monitored for gang activity to see if he should be readmitted back into the SRG Program.

23. One court had held that their must be evidance of actual Gang activity, not just membership to support indefinite "Supermax" placement. (KOCH V. LEWIS, 216 F. Supp. Zd at 1004-07)

## RELIEF REQUESTED

@$. Awards Compenstory damages jointly and severally against all Defendants in the amount of $250,000.00

25. Award Punitive damage severally and from each defendant in the amount of $75,000.00

26.Awards of MoeMonetary damage jointly and severally against each Defendant in the amount of $25,000.00

27. Injunction ordering defendants to place the plaintiff back into general population.

28. Fee-Waiver waving any and all court fees, State fees, and Incarceration fees.

## NOTES

1.The section marked "FACTS" the notes taken for"8.SRG Programs" Mr.Wicker used "Lewis v. Cook, Not Reportedin fed. Supp. (2021) as it pertained to his case. This caseLaw can only be found currently in WestLaw. United Staťtes District Court, D. Connecticut (2021 WL 4477392).

c

DECLERATION UNDER PENALTY
OF PERJURY

By signing this Complaint, I Certify under Penalty of Perjury that the information contained in this comjplaint is true and accurate to the best of my knowledgement. I understand if I lie I may be prosecuted for Perjury and Punished with as much as five (5) years in Prison and/or a fine of $250,000.00. See 18 U.S.C. section 1621, 3571

DATE: 10-3-24

SIGNATURE: [signature]
SHANNON WICKER

ADDRESS: 986 Norwich-newlondon turnpike
Uncasville, CT 06382

**STATE OF CONNECTICUT**
***DEPARTMENT OF CORRECTION***
***District 2 Administrator's Office***
***944 Highland Ave***
***Cheshire, Connecticut 06410***

*Craig Washington*
*District Administrator*

*August 14 , 2024*

*Wicker, Shannon #303518*
*Corrigan CC*
*986 Norwich-New London Turnpike*
*Uncasville, CT 06382*

*Mr. Wicker,*

*This letter acknowledges receipt of your Security Risk Group Member Designation appeal, receipt #T140-01837, received July 29, 2024. You are appealing your designation to the Security Risk Group-Bloods, based on readmission, non-disciplinary hearing.*

*An extensive review of your request for Security Risk Group Designation Appeal was completed. The Hearing Officer's finding was reasonable based on information and evidence presented at a formal hearing on June 27, 2024.*

*No due-process failure occurred in the disposition of your Security Risk Group Designation Hearing. There is no reason to modify the Hearing Officer's decision. For these reasons, your appeal of Security Risk Group Member designation is denied.*

*Be advised that the decision of the District Administrator is not subject to further appeal.*

*Sincerely,*

*Craig Washington*
*District Administrator*

*C: Warden Dougherty*
*Warden Brunelle*
*Captain Papoosha, SRG Coordinator*
*Administrative Remedies Coordinator*

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Shannon Wicker | |
|---|---|---|
| | Inmate number: 303518 | Housing: B - 104 |

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I was redesignated as a Blood and placed in SRG they have a paper with the name "BiShop" on it but my name is Spelled "BiShup" two totally different spellings I disaffiliated my self years ago and I keep telling them that's not me. From my under Standing they got that paper well over 6 months ago and it was off Somebody else phone that has nothing to do with me. I was told by a Staff members that the evidence must be within 6 months and none of the Evidence is I don't understand how after 5 1/2 years I'm still Concidered a threat to population when my name haven't even been Spoken through these jails there is no hits that I Sent I haven't been in a fight Since December 2018 and before that I havent had a fight Since entering SRG there is nothing Showing that I'm a threat So can you please fix this and take me out the Program I don't even mind sitting on the blue card while you watch me

| Inmate signature: [signature] | Date: 7/9/2024 |
|---|---|

- **Deposit this form in the "Administrative Remedies" box.**

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 7.29.24 | | |
|---|---|---|
| Disposition: denied | Date of Disposition: 8.14.24 | |
| Reason: See attached letter. | | |

☑ This decision is not subject to further appeal.

| Print Name: Washington | Title: DA |
|---|---|
| Signature: [signature] | Date: 8.14.24 |

CN 9606
REV
06/28/2021

# Appeal of Administrative Decision

## Connecticut Department of Correction

| | |
|---|---|
| Facility/Unit: Corrigan CC B-104 | Date: July 9th 2024 |
| Inmate name: Shannon Wicker | Inmate number: 363518 |

**SECTION 1: Select One (1) Appeal of Administrative Decision.**

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
| ☐ Special Management Decision | ☐ Classification Decision | > | **Complete Section 4 on reverse side** |
| ☐ Rejection of Publication | ☐ Rejection of Correspondence | > | |
| ☑ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |

**SECTION 2:**
**INMATE ADVISEMENT**

- **Any inmate who files an Appeal of Administrative Decision must follow all instructions in Section 5 and 7 of Administrative Directive 9.6, "Inmate Administrative Remedies".**
- **Any Appeal of Administrative Decision which does not follow the instructions identified in the above mentioned sections will be rejected.**

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 on the reverse side. >>>

| | | | | |
|---|---|---|---|---|
| Offense: | | | Report date: | |
| Facility where hearing was conducted: | | | Date of hearing: | |
| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no | |

Name(s) of any witness(es):

RECEIVED JUL 30 2024
AL I+CC

```
RT46              CONNECTICUT DEPARTMENT OF CORRECTION          DATE: 07/22/2024
                       RISK GROUP TRACKING DISPLAY
NAME:  WICKER,SHANNON                NUM: 00303518    LOCATION: CORR/RAD CC
GROUP AFFIL: BLOOD             THREAT: .    POSITION:  ENFORCER/WARL
IDENTIFIERS:  INMATE/CORRESPN        OTHER               ................
ALIAS  ...............   DESIG 12/20/2016   REMOVAL ..........   TYPE .
INCIDENTS:     DATE              LOCATION                TYPE
# 01        06/27/2024      NEW HAVEN CC                ..
PLACED INTO PHASE 3 AFTER READMISSION ASSESSMENT HEARING...................
# 02        03/21/2019      ...                         ..
INDIVIDUAL BEING TRACKED AS ACTIVE 52 PUEBLO BISHOP BLOOD- SRG UNIT-SD ....
# 03        12/20/2016      BRIDGEPORT CC               ..
I/M RECRUITED & DISCUSSED DENVER LANE BUSINESS OVER PHONE.  PLDS GUILTY....
# 04        ..........      ...                         ...............
............................................................................
# 05        ..........      ...                         ...............
............................................................................
SRG KEEP-AWAYS
      NAME                 NUMBER    LOC                  REASON
....................    .......Û    ...   .....................................
....................    .......Û    ...   .....................................
....................    .......Û    ...   .....................................

   ***  PF7 BACK ***        ***  PF3 TO EXIT ***        ***  PF8 FORWARD ***
```

RECEIVED JUL 30 2024

A I 1+ CC